5

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

UNITED STATES OF AMERICA,

v.

SAM JESUS ORTIZ, III,

Defendant.
_______________________________/

Violations:
18 U.S.C. § 2251(a), (e)
18 U.S.C. § 1470

Case: **2:26–cr–20681**
Assigned To : **White, Robert J.**
Referral Judge: **Altman, Kimberly G.**
Assign. Date : **10/8/2026**
Description: **INDI USA V ORTIZ (EP)**

# INDICTMENT

The Grand Jury charges:

## COUNT ONE
18 U.S.C. § 2251(a)
*Attempted Sexual Exploitation of a Child*

On or about December 15, 2025, in the Eastern District of Michigan, Southern Division, the defendant, SAM JESUS ORTIZ, III, knowingly attempted to employ, use, persuade, induce, entice, and coerce a minor under 18 years of age, Minor Victim Three, to engage in sexually explicit conduct for the purpose of producing a visual depiction of such conduct, knowing and having reason to know: that such visual depiction would be transported and transmitted using a means and facility of interstate and foreign commerce, and in and affecting interstate and foreign commerce; and the visual depiction was produced and transmitted using materials that have been mailed, shipped, and transported in and affecting interstate and foreign commerce by any means, including by computer; and such visual

depiction was transported and transmitted using a means and facility of interstate and foreign commerce and in and affecting interstate and foreign commerce; all in violation of Title 18, United States Code, Sections 2251(a), (e).

**COUNT TWO**
18 U.S.C. § 1470
*Transfer of Obscene Material to a Minor*

On or about November 12, 2025, in the Eastern District of Michigan, Southern Division, the defendant, SAM JESUS ORTIZ, III, did, by any facility and means of interstate or foreign commerce, knowingly transfer obscene matter to another individual who had not attained the age of 16 years, knowing that the other individual had not attained the age of 16 years; in violation of Title 18, United States Code, Section 1470.

**FORFEITURE ALLEGATIONS**
18 U.S.C. §§ 1467 and 2253(a)

1. The allegations contained in Counts One and Two of this Indictment are hereby incorporated by reference for the purpose of alleging forfeiture pursuant to the provisions of Title 18, United States Code, Sections 1467 and 2253(a).

2. Upon the conviction of the offense charged in Count One of this Indictment, in violation of Title 18, United States Code, Section 2251(a), the defendant shall forfeit to the United States:

(a) any visual depiction described in section 2251, 2251A, or 2252, 2252A, 2252B, or 2260 of this chapter, or any book, magazine, periodical,

film, videotape, or other matter which contains any such visual depiction, which was produced, transported, mailed, shipped or received in violation of this chapter;

(b) any property, real or personal, constituting or traceable to gross profits or other proceeds obtained from such offense; and

(c) any property, real or personal, used or intended to be used to commit or to promote the commission of such offense or any property traceable to such property.

3. Upon conviction of the offense charged in Count Two of this Indictment, in violation of Title 18, United States Code, Section 1470, the defendant shall forfeit to the United States:

(a) any obscene material produced, transported, mailed, shipped or received in the commission of the offense;

(b) any property, real or personal, constituting or traceable to gross profits or other proceeds obtained from such offense;

(c) any property, real or personal, used or intended to be used to commit or to promote the commission of such offense.

4. Substitute Assets. Pursuant to Title 21, United States Code, Section 853(p), as incorporated by Title 18, United States Code, Sections 1467(b) and 2253(b), the defendant shall forfeit substitute property, up to the value of the

property described above, if, by any act or omission of the defendant, the property described above cannot be located upon the exercise of due diligence; has been transferred, sold to or deposited with a third party; has been placed beyond the jurisdiction of the court; has been substantially diminished in value; or has been commingled with other property which cannot be divided without difficulty.

THIS IS A TRUE BILL

/s Grand Jury Foreperson
GRAND JURY FOREPERSON

JEROME F. GORGON, JR.
United States Attorney

/s Douglas C. Salzenstein
DOUGLAS C. SALZENSTEIN
Chief, National Security Unit

/s Nhan Ho
NHAN HO
Assistant United States Attorney

/s Sean L. King
SEAN L. KING
Assistant United States Attorney

ORIGINAL

**United States District Court**
**Eastern District of Michigan**

## Criminal Case Cover Sh

Case: 2:26-cr-20681
Assigned To : White, Robert J.
Referral Judge: Altman, Kimberly G.
Assign. Date : 10/8/2026
Description: INDI USA V ORTIZ (EP)

**NOTE: It is the responsibility of the Assistant U.S. Attorney signing this form to complete it a**

| **Companion Case Information** | **Companion Case Number:** |
| --- | --- |
| This may be a companion case based upon **LCrR 57.10 (b)(4)**[1]: | **Judge Assigned:** |
| ☐ Yes ☒ No | **AUSA's Initials:** SLK |

**Case Title:** USA v. Sam Jesus Ortiz, III

**County where offense occurred :** Macomb

**Check One:** ☒ **Felony** ☐ **Misdemeanor** ☐ **Petty**

____Indictment/____Information --- **no** prior complaint.
__✓__Indictment/____Information --- based upon prior complaint [**Case number:** 26-mj-30618 ]
____Indictment/____Information --- based upon **LCrR 57.10 (d)** ***[Complete Superseding section below]***.

## Superseding Case Information

**Superseding to Case No:** ______________________ **Judge:** ______________________

☐ Corrects errors; no additional charges or defendants.
☐ Involves, for plea purposes, different charges or adds counts.
☐ Embraces same subject matter but adds the additional defendants or charges below:

| **Defendant name** | **Charges** | **Prior Complaint (if applicable)** |
| --- | --- | --- |

**Please take notice that the below listed Assistant United States Attorney is the attorney of record for the above captioned case.**

October 8, 2026
Date

Sean L. King
Assistant United States Attorney
211 W. Fort Street, Suite 2001
Detroit, MI 48226-3277
Phone: (313) 226-9727
Fax: (313) 226-2311
E-Mail address: sean.king@usdoj.gov
Attorney Bar #: 24097939

[1] Companion cases are matters in which it appears that (1) substantially similar evidence will be offered at trial, or (2) the same or related parties are present, and the cases arise out of the same transaction or occurrence. Cases may be companion cases even though one of them may have already been terminated.