UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>SAM JESUS ORTIZ, III,<br><br>Defendant. | Case No. 26-cr-20681<br><br>Honorable Robert J. White |

**STIPULATED PROTECTIVE ORDER**

The parties to the above criminal action do hereby stipulate and agree as follows:

Defendant is charged with Attempted Sexual Exploitation of a Child and Transfer of Obscene Material to a Minor. The evidence recovered during the investigation of Defendant includes personal identifying information about the alleged victims of these offenses as well as numerous other minor witnesses and victims, as well as other sensitive data involving these minors. The government intends to produce these materials pursuant to its discovery obligations under Federal Rule of Criminal Procedure 16. These materials are hereinafter referred to as “discovery materials.” In order to protect the privacy of the victims included

in the discovery materials, the parties stipulate to the issuance of a protective order providing these conditions on the disclosure of the discovery materials:

1. Access to the discovery materials shall be restricted to persons authorized by this stipulation and protective order, namely, Defendant, Defendant's attorney of record in this case, and any employees of the attorney of record who are performing work on behalf of Defendant, to include any defense investigators;

2. Defendant may review such materials in the presence of his defense counsel or other employees assisting in defense preparation; however, neither Defendant nor the facility at which he is in custody shall be permitted to keep such materials, including copies and notes of such materials;

3. Defense counsel and Defendant shall not disclose, make copies of, or reveal the contents of such materials to any other persons not authorized to receive the discovery materials under this stipulation and protective order without prior written consent of the government or further order of the Court; and

4. Any and all discovery materials received by defense counsel and Defendant, and copies of such materials, shall be returned to the government at the conclusion of these proceedings. Defense counsel may retain any notes made by Defendant, the defense, and experts under the conditions provided above, or shall destroy them.

5. Any discovery material that is filed with the Court in connection with proceedings in this case shall be filed under seal and shall remain sealed until otherwise ordered by this Court. This does not entitle either party to seal their filings as a matter of course. The parties are required to comply in all respects to the relevant local and federal rules of criminal procedure pertaining to the sealing of court documents.

6. The government will mark discovery materials subject to this protective order and/or identify such materials in any discovery index provided to the defense.

7. Additionally, without the entry of a separate order governing the use of artificial intelligence (AI) tools, no discovery provided by the government in this case—whether or not it is designated as Protected Discovery—shall be inputted into any AI tool. This prohibition covers not only documents and data provided by the government in discovery, but any information derived from the government's discovery such as attorney summaries or notes. For the purposes of this order, an AI tool is defined as any automated system that uses statistical modeling, machine learning, or similar techniques to process inputs and generate outputs, recommendations, or predictions, including but not limited to large language models, generative AI services, or AI-assisted software tools, whether cloud-based or otherwise.

This Court, having reviewed the stipulation below, being advised in the matter, and for the reasons stated by the parties,

IT IS HEREBY ORDERED that the pretrial disclosure of certain discovery and related materials, as defined in the stipulated protective order below, is controlled by the provisions of the stipulated protective order.

Dated: November 10, 2026

s/Robert J. White
Robert J. White
United States District Judge

STIPULATED TO:

*s/Sean L. King*
SEAN L. KING
Assistant United States Attorney
U.S. Attorney's Office, E.D. Mich.
211 West Fort Street
Detroit, MI 48226
(313) 226-9727
sean.king@usdoj.gov

*s/Daniel S. Dena (with consent)*
DANIEL S. DENA
Attorney for Defendant
Assistant Federal Defender
613 Abbott St. Suite 500
Detroit, MI 48226
313-967-5834
Daniel_Dena@fd.org

*s/Nhan Ho*
NHAN HO
Assistant United States Attorney
(313) 226-9632
Nhan.Ho@usdoj.gov

November 6, 2026